UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In Re:  Clarence E. Brown, Jr.                          Case No.  12-13040
                                                                    Chapter   7

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

      EMC Mortgage LLC, holder of the mortgage hereinafter described, (together with its predecessors, successors, affiliates, principals, and assigns, "Lender") hereby moves this Court for an Order granting relief from the automatic stay provisions pursuant to 11 U.S.C. §362(d)(1) and §362(d)(2).  Lender respectfully requests that it be granted relief so as to exercise its non-bankruptcy rights and remedies including, without limitation, (1) taking possession of the property described as 22 Ravenswood Avenue, Providence, RI 02908 (the "Property"), (2) foreclosing its mortgage thereon or obtaining a deed-in-lieu of foreclosure, (3) seeking to obtain, if necessary, eviction of the debtor and any occupant from the Property, and (4) any other relief this Court deems just and proper.

      The basis of the within Motion are set forth in the Memorandum filed herewith which is incorporated herein by reference.

EMC Mortgage LLC
By its Attorneys,


/s/ Joseph M Dolben
Joseph M Dolben, Esq.
Nicholas Barrett & Associates
999 South Broadway
East Providence, RI 02914
(401) 438-9000


Dated:   September 26, 2012


Within fourteen (14) days after service as evidenced by the certification and an additional three (3) days pursuant to Fed. R. Bankr. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Bankruptcy Court Clerk's Office, 380 Westminster Mall, 6th Floor, Providence, RI 02903 (401) 528-4477.  If no objection or other response is timely filed within the time allowed herein, the paper will be deemed unopposed and will be granted unless:  (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND


In Re:  Clarence E. Brown, Jr.                    Case No.  12-13040
                                                  Chapter   7


### CERTIFICATION OF SERVICE

        I hereby certify that on September 26, 2012, I electronically filed a Motion for Relief
from Stay, Memorandum in Support, and proposed Order with the Clerk of the
Bankruptcy Court for the District of Rhode Island using the CM/ECF System.  The
following participants have received notice electronically:

        John B. Ennis, Esq.                jbelaw@aol.com
        Lisa A. Geremia, Esq.              lisa@geremiademarco.com
        Gary L. Donahue, Esq.              ustpregion01.pr.ecf@usdoj.gov


And I hereby certify that I have mailed by United States Postal Service, the document
electronically filed with the court to the following non CM/ECF participants:

Clarence E. Brown, Jr.
22 Ravenswood Avenue
Providence, RI  02908

Nicole Lepre
22 Ravenswood Avenue
Providence, RI  02908

United Guaranty Residential
Insurance Company of North Carolina
230 N. Elm Street
Greensboro, NC 27401

Capital One NA
C/o Howard Lee Schiff P.C.
10 Dorrance Street, Suite 515
Providence, RI 02903


                        /s/ Joseph M Dolben