Doc No: 00039867
Book: 10293 Page: 219

When Recorded Mail to:
Nicholas Barrett
999 South Broadway
East Providence, RI 02914

_____(space above this line for recording Date)_____

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to EMC Mortgage, LLC, c/o Residential Credit Solutions, Inc., 4282 N. Freeway, Fort Worth, TX 76137, its Successors and Assigns, all of assignors right, title, and beneficial interest under that certain Mortgage dated February 14, 2005 executed by Clarence E. Brown Jr. and Nicole Lepre, Mortgagors, and recorded on March 3, 2005 in the Records of Land Evidence of the City of Providence, State of Rhode Island, in Book 7130 at Page 263, describing land therein as:

Commonly known as: 22 Ravenswood Avenue, Providence, RI 02908

Together with the note or notes therein described or referred to, the money due and to become due thereon with interest and all rights accrued or to accrue under said mortgage.

Mortgage Electronic Registration Systems, Inc. as nominee for Quicken Loans, Inc., its successors and/or assigns

BY: _____
Name: Heath Carpenter

Title: Assistant Secretary

State of **Texas**
County of **Tarrant**

On June 1, 2012, before me, personally appeared **Heath Carpenter**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

SHERI JENSEN
Notary Public, State of Texas
My Commission Expires
October 21, 2015

(this area for official seal)

Notary Public
Name Sheri Jensen
Notary Public in for said State
My Commission expires: 10-21-15

File No.: 307811-219-X

RECEIVED:

Providence
Received for Record
Jun 15, 2012 at 11:51:54A
Document Num: 00039867
John A Murphy
Recorder of Deeds