**RRReview**
VALUE TRUST RELATIONSHIP

www.RRReview.com
866-876-5095

| | | | |
|---|---|---|---|
| Account | 2000198407 | Order # | 2074064 |
| Client | Residential Credit Solutions | Group ID | BPO, Exterior March MU |
| Inspection | Exterior | Occupancy | Occupied - Occupant Unknown |
| Date | 03/06/2012 | County | Providence |
| Owner | CLARENCE E BROWN JR | | |
| Address | 22 RAVENSWOOD AVE PROVIDENCE RI 02908 | | |
| Correction | | | |

## General Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Type | Single Family | Employment Conditions | Decreasing | Vacancy Rate | 5.00 % | Neighborhood Low | $84,000 |
| Location | Suburban | Housing Inventory | Stable | Land Value | $29,000 | Neighborhood High | $329,000 |
| Ownership Type | Fee-simple | Pride of Ownership | Average | Tax Assessed Value | $158,300 | Comparable listings | 5 |
| Property Values | Declining | Predominant Occupancy | Owner | Annual Property Tax | $5,048 | Avg. Marketing Time | 79 days |

## Listing and Sale Information

| | | | | | |
|---|---|---|---|---|---|
| Currently Listed | No | Current List Price | - | Last Sale Price | $84,000 |
| Listing Date | - | Original List Price | - | Last Sale Date | 04/29/1999 |
| Listing Broker | - | Agent Phone Number | - | Prev. List (12 Mos.) | No |
| **Subject Comments** | The subject is a early 1900s bungalow style property in average condition. The property is well main (See Addendum) | | | | |

## Comparable Information

| | Subject | Sale 1 | Sale 2 | Sale 3 | Listing 1 | Listing 2 | Listing 3 |
|---|---|---|---|---|---|---|---|
| Address | 22 RAVENSWOOD AVE , 02908 | 135 MODENA AVE , 02908 | 749 ACADEMY AVE , 02908 | 42 MODENA AVE , 02908 | 160 SANDRINGHAM AVE , 02908 | 425 EATON ST , 02908 | 1131 SMITH ST , 02908 |
| Proximity | - | 0.20 Miles | 0.17 Miles | 0.04 Miles | 0.40 Miles | 0.32 Miles | 0.04 Miles |
| HOA | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Fair Market Rent | $1,300 | $1,200 | $1,300 | $1,200 | $1,400 | $1,300 | $1,200 |
| Sale Type | Fair Market | Fair Market | Fair Market | Fair Market | Fair Market | Fair Market | Fair Market |
| Org. List Price | - | $144,900 | $139,900 | $169,900 | $145,000 | $129,900 | $117,900 |
| Current List Price | - | - | - | - | $145,000 | $129,900 | $109,900 |
| Sale Price | $84,000 | $115,000 | $129,000 | $100,000 | - | - | - |
| Concessions | $0 | $0 | $2,000 | $0 | - | - | - |
| Sale Date | 04/29/1999 | 10/24/2011 | 11/21/2011 | 11/14/2011 | - | - | - |
| Financing | Conventional | Cash | FHA | Cash | - | - | - |
| DOM | - | 72 | 36 | 76 | 10 | 25 | 65 |
| # of Units | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Style | Bungalow/Cottage | Bungalow/Cottage | Bungalow/Cottage | Cape Cod | Bungalow/Cottage | Cape Cod | Cape Cod |
| Lot Size | 0.11 acres | 0.1 acres | 0.09 acres | 0.11 acres | 0.1 acres | 0.1 acres | 0.11 acres |
| View | Neighborhood | Neighborhood | Neighborhood | Neighborhood | Neighborhood | Neighborhood | Neighborhood |
| Condition | Average | Average | Average | Average | Average | Average | Average |
| Year Built | 1920 | 1932 | 1925 | 1952 | 1945 | 1938 | 1937 |
| Total Room Count | Rms/Bds/Full/Half 5/3/1/0 | Rms/Bds/Full/Half 5/3/1/0 | Rms/Bds/Full/Half 6/2/1/0 | Rms/Bds/Full/Half 6/3/1/1 | Rms/Bds/Full/Half 5/3/1/1 | Rms/Bds/Full/Half 5/2/1/0 | Rms/Bds/Full/Half 5/3/2/0 |
| Above Grade Sq Ft | 1300 | 1290 | 1218 | 1292 | 1134 | 1170 | 1163 |
| Basement SF | 1040 | 1008 | 1218 | 840 | 1134 | 1170 | 800 |
| % Basement Finish | Unknown | 25% | Unknown | Unknown | 50% | Unknown | Unknown |
| Garage/Carport | 1 Detached | 1 Detached | 0 None | 1 Attached | 1 Detached | 1 Detached | 1 Attached |
| Amenities | Por | Por, DK | Por, Other | Other | Por | DK, FP | Pat, Other |
| Best "As Is" | | | X | | | | |
| Best "Repaired" | | | X | | | | |
| SP / GLA Per SF | $96.15 | $89.15 | $105.91 | $77.40 | $127.87 | $111.03 | $94.50 |

## Comparable Comments

**Comments on Sales**
1: Inferior: Similar size and age bungalow style property. Similar in location in same immediate neigh (See Addendum)
2: Similar: Well maintained bungalow style property. Comparable in age, style, condition, location, an (See Addendum)
3: Inferior: Similar size and age cape style property with a 1 car garage. Slightly inferior location. (See Addendum)

**Comments on Listings**
1: Superior: Bungalow style property like subject but superior in condition, appeal.. Recent updates. (See Addendum)
2: Similar: Superior exterior condition and appeal but smaller GLA size. 1 car garage like the subject (See Addendum)
3: Inferior: Comp is inferior in GLA size, location on a busy street, inferior style and appeal. DataS (See Addendum)

## Value Conclusion

| | | | |
|---|---|---|---|
| Quick Sale "As Is" | $109,000 | Quick Sale "Repaired" | $109,000 |
| 90 - 120 Days "As Is" | $125,000 | 90 - 120 Days "Repaired" | $125,000 |
| Estimated Repairs | $0 | (See following page for repair details) | |

| Site Improvements | |
|---|---|
| Neighborhood Comment | Suburban residential section of Providence. Mostly similar age and condition properties in the immediate area. Estimated % of REO Homes: 1%-10%. Estimated % of Boarded Homes: 0%. Vandalism Risk: Medium Risk. |
| Environmental Issues | None |
| Functional or Economic Obsolescence | None |
| Positive / Negative Features | Well maintained bungalow style property. No negative features observed. |
| Sewer | Public |
| Water | Public |

| Repairs – Exterior | | |
|---|---|---|
| **Item** | **Description** | **Estimated Cost** |
| 1. Exterior Finish | - | $0 |
| 2. Painting | - | $0 |
| 3. Windows | - | $0 |
| 4. Roof | - | $0 |
| 5. Structural | - | $0 |
| 6. Landscaping | - | $0 |
| 7. Outbuildings | - | $0 |
| 8. Debris Removal | - | $0 |
| 9. Utility | - | $0 |
| 10. Other | - | $0 |
| **Grand Total for Cost of Repairs** | | **$0** |

| Quality Control Review | | |
|---|---|---|
| **Item** | **Quick Sale** | **90 - 120 Day** |
| Field "As Is" Value | $109,000 | $125,000 |
| "As Is" Value Adjusted by Quality Control | $0 | $0 |
| Field "Repaired" Value | $109,000 | $125,000 |
| "Repaired" Value Adjusted by Quality Control | $0 | $0 |
| **Quality Control Comment** | | |
| The subject is a bungalow style SFD in a suburban market that is indicated to be in average condition. No repairs are called for or seen in the photos. The subject is not currently listed for sale, recently listed, or recently sold. The comparable sales and listings are within 1 mile of the subject. All sold within a 6 month time frame, and appear to be similar to the subject. The agent places subject's value within the range of the comparable sales. Agent has selected Sale #2 as the best comparable. Reviewer agrees with agent's assessment and value. Secondary sources list similar property description as stated in the BPO and estimates a slightly higher value of 140k for the subject property. | | |
| **Map Comments** | | |
| This report has passed automated quality control criteria and map qc review. | | |

**Addendum**

1. **Subject Comments** - The subject is a early 1900s bungalow style property in average condition. The property is well maintained, occupied and secure. No visible repair items or deferred maintenance. It conforms to an area of similar age and condition single family homes. Market values have declined in the area during the last 36 months. By submitting this document, I attest to the foregoing and that I have no current or future contemplated interests in the subject property. DataSource: Tax Records. Zoning: SFR.

2. **Sale 1 Comments** - Inferior: Similar size and age bungalow style property. Similar in location in same immediate neighborhood. Similar property but subject better appeal. DataSource: MLS. Zoning: SFR.

3. **Sale 2 Comments** - Similar: Well maintained bungalow style property. Comparable in age, style, condition, location, and appeal. Similar property. DataSource: MLS. Zoning: SFR.

4. **Sale 3 Comments** - Inferior: Similar size and age cape style property with a 1 car garage. Slightly inferior location. Sold lower than other sales in the area so less weight to comp. DataSource: MLS. Zoning: SFR.

5. **Listing 1 Comments** - Superior: Bungalow style property like subject but superior in condition, appeal.. Recent updates. DataSource: MLS. Zoning: SFR.

6. **Listing 2 Comments** - Similar: Superior exterior condition and appeal but smaller GLA size. 1 car garage like the subject. Similar after adjustments. DataSource: MLS. Zoning: SFR.

7. **Listing 3 Comments** - Inferior: Comp is inferior in GLA size, location on a busy street, inferior style and appeal. DataSource: MLS. Zoning: SFR.

**Valuation Methodology**

This document was created by an independent agent for RRReview. The following valuation methodology was used with consideration for RRReview policies and any specific client requirements.

**Data Collection:** Public and/or private data was collected and analyzed to determine neighborhood characteristics, local market conditions, use, zoning, tax assessments, physical characteristics, transaction history and past or current listing information. Information was then gathered on six other properties that are comparable to the subject property in location, use and dominant features: three that have been recently sold and three that are currently listed for sale.

**Site Inspection:** Per the client instructions, the subject property and surrounding neighborhood were inspected and photographed. This inspection may have been of the interior and/or exterior based on the inspection type. The inspection included a review for the condition of the dwelling, improvements, and any other positive or negative features. Any known environmental issues or functional or economic obsolescence are also taken into consideration.

**Reconciliation:** The collected data was then compiled with information collected from the site inspection and compared to the information from the selected comparables. The properties were compared to the subject using the sales comparison approach, which is primarily based upon the principle of substitution. The property condition, market conditions and any other noted positive or negative influences were also considered. The analysis resulted in the production of an estimate of value, which was recorded either as a single figure or a range of values, as ordered by the client.

**Reporting:** The summary of the results and the data collection, site inspection and reconciliation were provided on the appropriate BPO or CMA form as ordered by the client.

Account #: 2000198407 - Order #: 2074064    Case 1:12-bk-13040    Doc 7-5    Filed 09/26/12    Entered 09/26/12 12:48:42    Desc    Page: 4
Exhibit D    Page 4 of 6

**Subject Property Front View - 22 Ravenswood Ave, 02908**



**Subject Property Left Side View**



**Subject Property Right Side View**



**Subject Address Verification**



**Subject Street Scene**



**Sale 1 Photo - 135 Modena Ave, 02908**    $115,000




Sale 2 Photo - 749 Academy Ave, 02908 — $129,000


Sale 3 Photo - 42 Modena Ave, 02908 — $100,000


Listing 1 Photo - 160 Sandringham Ave, 02908 — $145,000


Listing 2 Photo - 425 Eaton St, 02908 — $129,900


Listing 3 Photo - 1131 Smith St, 02908 — $109,900

**Comparable Data Map**



| Legend | Property | Distance | Street |
|---|---|---|---|
| X | Subject | 0 Miles | 22 Ravenswood Ave, 02908 |
| 1 | Sale 1 | 0.20 Miles | 135 Modena Ave, 02908 |
| 2 | Sale 2 | 0.17 Miles | 749 Academy Ave, 02908 |
| 3 | Sale 3 | 0.04 Miles | 42 Modena Ave, 02908 |
| 4 | Listing 1 | 0.40 Miles | 160 Sandringham Ave, 02908 |
| 5 | Listing 2 | 0.32 Miles | 425 Eaton St, 02908 |
| 6 | Listing 3 | 0.04 Miles | 1131 Smith St, 02908 |

**Contact Information**

RRReview Contact Email:  RRRClientServices@RRReview.com          RRReview Phone Number:  866-876-5095
Agent Name:  Don Paradis                                          License Number:  9087345
Agency:  Realty Executives Metro South                            Electronically Signed:  3/8/2012 9:11:00 AM
Distance to Subject:  0 miles

**Purpose**

The purpose of this analysis is to provide a market value of the subject property. This analysis is not to be used in lieu of an appraisal for the purpose of determining whether to approve a mortgage loan. Nothing in this report should be construed as a guarantee of value or condition of the subject property. This analysis is not an appraisal and has not been performed in accordance with the Uniform Standards of Professional Appraisal Practices.

**Legal Disclaimer**

Notwithstanding any preprinted language to the contrary, this opinion is not an appraisal of market value of the subject property. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.

© 2010 Residential RealEstate Review, Inc., all rights reserved.