```
                      United States Bankruptcy Court
                         District of Rhode Island
In re:                                                       Case No. 12-13040-DF
Clarence E. Brown, Jr.                                       Chapter 7
           Debtor
                         CERTIFICATE OF NOTICE
District/off: 0103-1         User: chris              Page 1 of 2             Date Rcvd: Sep 27, 2012
                             Form ID: 525             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2012.
db           +Clarence E. Brown, Jr.,   22 Ravenswood Avenue,   Providence, RI 02908-2020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 29, 2012**                    **Signature:** *Joseph Speetjens*

```
District/off: 0103-1          User: chris                Page 2 of 2                  Date Rcvd: Sep 27, 2012
                              Form ID: 525               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2012 at the address(es) listed below:
         Gary L. Donahue    ustpregion01.pr.ecf@usdoj.gov
         John B. Ennis    on behalf of Debtor Clarence Brown jbelaw@aol.com,    jbennisattorney@aol.com
         Joseph Michael Dolben     on behalf of Creditor   EMC Mortgage LLC joseph.dolben@nbalaw.com
         Lisa A. Geremia    lisa@geremiademarco.com,    RI03@ecfcbis.com
                                                                                                                      TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

---

In Re: Clarence E. Brown Jr.                BK No. 1:12–bk–13040

Debtor(s)                                   Chapter 7

---

### NOTICE OF HEARING RE: MOTION TO LIFT STAY

*PLEASE TAKE NOTICE* that a hearing will be held at:

U.S. Bankruptcy Court, 380 Westminster Street, Providence, RI 02903 on 10/25/12 at 01:30 PM to consider and act upon the following:

Preliminary, Non–Evidentiary Hearing Set re: Motion for Relief from Stay. If no objection or other response is timely filed, the motion may be granted and the matter removed from the calendar. (related document(s)7 Motion for Relief From Stay filed by Creditor EMC Mortgage LLC). .

It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **9/27/12**

Entered on Docket: **9/27/12**
Document Number: **9 – 7**

525.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*