UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:  CLARENCE E. BROWN, JR.        B.K. NO.: 1:12-bk-13040
        Debtor

OBJECTION TO MOTION FOR RELIEF FROM STAY

Debtor, by his attorney, objects to the Motion for Relief From Stay.  The Debtor has filed for Loss Mitigation.  The Debtor reserves all other defenses to this Motion.

Whererfore, Debtor Objects to the Motion for Relief from Stay.

October 1, 2012              CLARENCE E. BROWN,  JR.

                             By his Attorney

                             /s/ John B. Ennis

                             JOHN B. ENNIS, ESQ.
                             1200 Reservoir Avenue
                             Cranston RI 02920
                             (401) 943-9230

1

## CERTIFICATION

I hereby certify that I forwarded a copy of the above Objection to Motion for Relief From Stay to the following by either electronic filing or by regular mail, postage prepaid on this 1st day of October, 2012:

Lisa A. Geremia, Esq.
Geremia & DeMarco, Ltd.
Village on Vine
620 Main Street, CU3A
East Greenwich, RI  02818

Joseph M. Dolben, Esq.
Nicholas Barrett & Associates
999 South Broadway
East Providence, RI 02914

Office of the U.S. Trustee
10 Dorrance Street
Room 519
Providence, RI 02903

/s/ John B. Ennis, Esq.

2