*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

In Re: Clarence E. Brown Jr.                    BK No. 1:12–bk–13040

Debtor(s)                                       Chapter 7

*ORDER DENYING (doc# 60 )*
*Re: Joint Motion to Continue Loss Mitigation Status Hearing , filed by Debtor and EMC Mortgage LLC*

After consideration of the pleading(s), it is hereby **ORDERED** that the above entitled document (doc. # 60 ) is **DENIED** .

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **7/23/13**

Entered on Docket: **7/23/13**
Document Number: **62 – 19, 60**

145.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*