**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

In re: Clarence E. Brown, Jr.

Debtor(s)

BK No: 1:12-bk-13040

Chapter 7

**ORDER re: STATUS HEARING ON LOSS MITIGATION**
(this relates to *Doc. #* 19 )

The Court, having held a status hearing on loss mitigation on 8/21/2013, at which counsel for the Debtor(s) and Statebridge Loan Servicing, LLC (the "Lender") appeared; and by agreement of the parties,

IT IS HEREBY ORDERED that the following checked paragraphs are applicable:

☐ 1. All communications shall be conducted between counsel for the parties.

☐ 2. The Lender shall, by email or written correspondence, provide counsel for the Debtor(s) with _____ by _____.

☐ 3. The Debtor(s) shall provide counsel for the Lender with all requested documents by 9/4/2013 .

☐ 4. The Lender shall conduct a preliminary review of the information submitted by the Debtor(s) and provide the counsel for the Debtor(s) with a list of any further information it requires by _____ (the "Additional Information Request"). The Debtor(s) shall fully respond to any Additional Information Request within _____ days after receiving the same from the Lender.

☐ 5. The Lender shall, by email or written correspondence, provide the Debtor(s) with a final determination regarding the Debtor(s)' loan modification application by _____.

☑ 6. In lieu of a status report, a continued status hearing on loss mitigation will be held on 9/11/2013 at 10 a.m.

☐ 7. Other Comments:

*/s/Diane Finkle*

U.S. Bankruptcy Judge

Entered on Docket: 08/23/2013