**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

---

In Re: Clarence E. Brown Jr.

Debtor(s)

BK No. 1:12–bk–13040

Chapter 7

---

### ORDER VACATING REQUEST FOR LOSS MITIGATION

Upon the request to participate in the Loss Mitigation Program filed by the Debtor as to the Debtor's residence, located at 22 Ravenswood Avenue, Providence, RI , and on 10/23/2013 , the court entered an Order (doc# 19 ) granting the Debtor's request to participate in loss mitigation, and after hearing held on 9/11/2013 , and for the reasons stated on the record, it is hereby ORDERED that the order granting participation in the Loss Mitigation Program of the United States Bankruptcy Court, District of Rhode Island is VACATED.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **9/11/13**

Entered on Docket: **9/11/13**
Document Number: **71 – 19**

ovaclm.jsp #750

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*