UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In Re: Clarence E. Brown, Jr.          Case No. 12-13040
                                                  Chapter 7

## WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

       EMC Mortgage LLC, hereby withdraws its Motion for Relief from Automatic Stay filed on September 26, 2012, as EMC Mortgage, LLC is no longer the holder of the mortgage.
.

                                                      EMC Mortgage LLC
                                                      By its Attorneys,

                                                      /s/ Patricia A. Davis
                                                      Patricia A. Davis, Esq.
                                                      Davis Law LLC
                                                      2130 Mendon Road, Suite 3-133
                                                      Cumberland, RI 02864
                                                      (401) 658-6204

Dated: September 26, 2012

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In Re:  Clarence E. Brown, Jr.                    Case No.  12-13040
                                                  Chapter   7


**CERTIFICATION OF SERVICE**

     I hereby certify that on October 15, 2013, I electronically filed a Withdrawal of Motion for Relief from Stay with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System.  The following participants have received notice electronically:

    John B. Ennis, Esq.              jbelaw@aol.com
    Lisa A. Geremia, Esq.            lisa@geremiademarco.com
    Gary L. Donahue, Esq.            ustpregion01.pr.ecf@usdoj.gov

And I hereby certify that I have mailed by United States Postal Service, the document electronically filed with the court to the following non CM/ECF participants:

Clarence E. Brown, Jr.
Nicole Lepre
22 Ravenswood Avenue
Providence, RI  02908

United Guaranty Residential
Insurance Company of North Carolina
230 N. Elm Street
Greensboro, NC 27401

Capital One NA
C/o Howard Lee Schiff P.C.
10 Dorrance Street, Suite 515
Providence, RI 02903


                                         /s/ Patricia A. Davis